1  **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                         FOR THE DISTRICT OF ARIZONA

8

9  United States of America,                )
                                            )   Case No. CR15-08063-001-PCT-DJH
10            Plaintiff,                      )
                                            )   TEMPORARY DETENTION ORDER
11  vs.                                       )   FOR INTAKE ASSESSMENT
                                            )
12                                            )
                                            )
13  Valenda Yazzie                            )
            Defendant.                        )
14                                            )
   _____ )

15

16         Defendant appeared in court with counsel. Pursuant to 18 U.S.C. §3141 et seq. a

17  detention hearing was held. Upon recommendation of Pretrial Services, the defendant is

18  ordered detained pending an intake assessment for placement at Crossroads in Phoenix,

19  Arizona or other facility as designated by Pretrial Services.  Should defendant qualify for

20  such placement, defendant shall be released upon conditions set by this Court, including

21  pretrial residency at said facility, as conditions do exist which would reasonably assure the

22  safety of others and the appearance of the defendant.  Should defendant not so qualify, the

23  release conditions set by this Court shall be vacated and defendant shall be detained pending

24  trial as there are no conditions or combination of conditions which would reasonably assure

25  the safety of others or the appearance of the defendant.

26  /

27  /

28  /

1     The Pretrial Services Officer is ordered to timely notify this Court of the defendant's

2   intake assessment results, and if found acceptable, the date and time the facility will provide

3   transportation from the Sandra Day O'Connor Courthouse for defendant.

4     DATED this 28th day of April, 2015.

5

6   _____
                          Mark E. Aspey
7                  United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28