1  **WO**

2

3

4

5

6  **IN THE UNITED STATES DISTRICT COURT**

7  **FOR THE DISTRICT OF ARIZONA**

8

| | |
|---|---|
| 9   United States of America, | No. CR-15-8063-01-PCT-DJH |
| 10                     Plaintiff, | **DETENTION ORDER** |
| 11  v. | |
| 12  Valanda Yazzie, | |
| 13                     Defendant. | |

14

15      On May 25, 2018, Valanda Yazzie (the "Defendant") appeared before this Court

16  on a Petition to Revoke Conditions of Release and submitted the issue to the Court.  The

17  Court considered the information provided to the Court in determining whether the

18  Defendant should be released on conditions set by the Court.

19      The Court makes the following findings under 18 U.S.C. § 3148(b)(1):

20          ☐  There is probable cause to believe that the Defendant has committed a

21              Federal, State, or local crime while on release.

22          ☒  There is clear and convincing evidence that the Defendant has

23              violated the conditions of release.

24      The Court makes the following findings under 18 U.S.C. § 3148(b)(2):

25          ☐  <u>Rebuttable Presumption where Probable Cause to Believe Felony</u>

26              <u>Committed on Pretrial Release</u>.  The Defendant has failed to rebut the

27              presumption that no condition or combination of conditions will

28              assure that the Defendant will not pose a danger to the safety of any

               other person or the community.  *See* 18 U.S.C. § 3148(b)(2)

1
2   (providing that rebuttable presumption of dangerousness applies if
    there is probable cause to believe that while on release a defendant
3   has committed a Federal, State, or local felony).

4   ☒  Flight Risk.  After considering the factors set forth in 18 U.S.C. §
5      3142(g), the Court finds by a preponderance of the evidence that there
       is no condition or combination of conditions of release that will assure
6      that the Defendant will not flee.  *See* 18 U.S.C. § 3148(b)(2)(A); *U.S.*
7      *v. Gotti*, 794 F.2d 773, 778 (2nd Cir. 1986) (holding that "findings
8      made under section 3148(b) may be established by a preponderance of
9      the evidence").

10  ☐  Dangerousness.  After considering the factors set forth in 18 U.S.C. §
11     3142(g), the Court finds by a preponderance of the evidence that there
12     is no condition or combination of conditions of release that will assure
13     that the Defendant will not pose a danger to the safety of any other
14     person or the community.  *See* 18 U.S.C. § 3148(b)(2)(A); *Gotti*, 794
       F.2d at 778.
15

16  ☒  Compliance with Conditions.  The Court finds by a preponderance of
17     the evidence that the Defendant is unlikely to abide by any condition
       or combination of conditions of release.  *See* 18 U.S.C. §
18     3148(b)(2)(B); *Gotti*, 794 F.2d at 778.
19
20      **IT IS THEREFORE ORDERED** that the Defendant be detained pending further
    proceedings.
21
        Dated this 25^(th) day of May, 2018.
22

23

24                                     _____

25                                     Honorable Eileen S. Willett
                                       United States Magistrate Judge
26

27

28

- 2 -